**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ismail Farah, | CV 07-1870-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Chertoff, as Secretary of the Department of Homeland Security; Emilio Gonzalez, as Director of the United States Citizenship and Immigrations Services, et al, | |
| Defendants. | |

Having considered the parties Stipulated Motion for Limited Remand and finding good cause therein,

**IT IS HEREBY ORDERED** that the case is **REMANDED** to CIS under the following conditions:

CIS will adjudicate petitioner's application <u>no later than 30 days after this Court issues this order remanding the case to them</u>. In the event a timely decision is not made, respondents and petitioner agree to resume the litigation before this Court. <u>The parties will notify this Court within 10 business days whether CIS makes or fails to a timely decision of the application</u>. If CIS makes a timely decision, the parties stipulate to dismiss the case with prejudice, all parties to bear their own costs and fees. In said instance, <u>the parties shall file a stipulation of dismissal within 10 business days</u> of CIS's decision.

DATED this 21st day of May, 2008.

_____
Stephen M. McNamee
United States District Judge