**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ismail Farah, | CV 07-1870-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Chertoff, as Secretary of the Department of Homeland Security; Emilio Gonzalez, as Director of the United States Citizenship and Immigrations Services, et al, | |
| Defendants. | |

Currently before the Court is the Notice of Naturalization (Doc. 11) filed pursuant to this Court's Order of May 22, 2008 (Doc. 10). The Court has been notified that Plaintiff is scheduled to attend a Naturalization Ceremony on July 11, 2008. (Doc. 11, Ex. 1.) Therefore, this case is now moot and can be dismissed with all parties to bear their own costs and fees.[1]

DATED this 26th day of June, 2008.

Stephen M. McNamee
United States District Judge

---

[1] This Court will retain jurisdiction until Plaintiff is naturalized.